COURT OF APPEALS

SECOND
DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-09-00422-CV 

 


 
 
 A.J. Morris, M.D., A.J. Morris,
 M.D., P.A., and Rio Grande Valley Imaging, Inc.
 
 
  
 
 
 APPELLANTS
  
 
 
 
 
 V.
  
 
 
 
 
 De Lage Landen Financial Services,
 Inc.
 
 
  
 
 
 APPELLEE 
 
 


 

------------

 

FROM THE
67th District Court OF Tarrant
COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

----------

On
June 14, 2010, we notified appellants A.J. Morris, M.D., P.A. and Rio Grande
Valley Imaging, Inc. that their brief had not been filed as required by Texas
Rule of Appellate Procedure 38.6(a).  See
Tex. R. App. P. 38.6(a).  We stated that
we could dismiss their appeal for want of prosecution unless those appellants or any party desiring to
continue the appeal filed with the court within ten days a response showing
grounds for continuing their appeal.  See
Tex. R. App. P. 42.3.  We have not
received any response.

Because
their appellants'
brief has not been filed, we dismiss the appeal of A.J. Morris, M.D., P.A. and
Rio Grande Valley Imaging, Inc. for want of prosecution.  See Tex. R. App. P. 38.8(a), 42.3(b),
43.2(f).  The appeal of A.J. Morris, M.D.
is still pending.  This case shall
hereafter be styled “A.J. Morris, M.D. v. De Lage Landen Financial Services,
Inc.”

Appellants A.J. Morris, M.D., P.A. and
Rio Grande Valley Imaging, Inc. shall pay all costs of their appeal, for which
let execution issue.

 

PER CURIAM

 

PANEL: 
DAUPHINOT, GARDNER, and WALKER, JJ.  

 

DELIVERED: 
July 15, 2010











[1]See Tex. R. App. P.
47.4.